UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **In Re:** )<br>Christopher C. Donigian d/b/a )<br>Emcon Builders and Sandra Donigian )<br>         )<br>        Debtor(s) )<br>         )<br>         )<br>         )<br>Lawrence P. Sumski, Chapter 13 Trustee, )<br>        Plaintiff )<br>         )<br>v.   )<br>         )<br>Christopher C. Donigian d/b/a Emcon Builders )<br>Jacob Donigian, )<br>Donigian Properties, LLC, a/k/a Donigian Properties )<br>        Defendant(s) )<br>         ) | Case No. 08-12455-MWV<br>Chapter 13<br><br><br><br><br>Adv. No.: 10-1098-LHK |

### ORDER ON
### ASSENTED TO MOTION TO FILE LATE ANSWER TO COMPLAINT
### FILED BY DEFENDANT CHRISTOPHER C. DONIGIAN

1. The Assented to Motion to File the Complaint Late in this matter is granted.

2. The Debtor/Defendant Christopher Donigian, d/b/a Emcon Builders is allowed until March 9, 2011 to file his Answer to Complaint.

Dated: March 08, 2011

/s/ Louis H. Kornreich
Louis H. Kornreich
Bankruptcy Judge
sitting by designation

1