# EXHIBIT C

copy

134 Chester Rd.
Fremont NH 03044

Pay-off    Sept 8, 2007

Emcon Builders
Lot #12
39 Chestnut Drive

Lot        95,000

DEPOSITION EXHIBIT
C. DONIGIAN 7
AG 3-8-11

Loan    100,000

Interest    0

DEPOSITION EXHIBIT
C. DONIGIAN 4
AG 3-15-11

Abstrabate    7000

First 1/2 R.E. taxes - 1040

Lot Line Expense  3122
(So Far)

Septic Supplies  1868

Total    $ 208,030.00

Pd      $ 140,000 —

Bal due  $ 68,030 —