# EXHIBIT D



RIC:0  Account:430255932  Serial:3439  Amount:$100,000.00  Sequence:5404914210  Date:09-19-2007

RIC:0  Account:430255932  Serial:3440  Amount:$10,000.00  Sequence:5404633160  Date:09-14-2007

RIC:0  Account:430255932  Serial:3441  Amount:$6,800.00  Sequence:5405053480  Date:09-21-2007

RIC:0  Account:430255932  Serial:3445  Amount:$4,500.00  Sequence:518107040  Date:09-17-2007



DEPOSITION EXHIBIT

C. DONIGAN  5

MG  3-15-11



DEPOSITION EXHIBIT

J. DONIGAN  8

MG  3-8-11