# EXHIBIT E




C. DONIGIAN 6
AG 3-15-11


C. DONIGIAN 9
AG 3-8-11

We are happy to provide you with a copy of the item you requested.

---

**EMCON Builders**
**Christopher C. Donigian**
200 Chester Road
Fremont, NH 03044-3310
1-603-895-6010

No. 3474
52-143/112

DATE Nov 2, 2007

PAY TO THE ORDER OF __Donigian Properties LLC__ | $ 40,000

__Forty Thousand dollars AND Zero Cents 0/100__ DOLLARS

OCEAN NATIONAL BANK
PO BOX 804
BRATTLEBORO, VT 05302-0804

FOR __39 Chestnut Drive__

[signature]

⑈003474⑈ ⑆011201432⑆ 43•02•5593•2⑆ ⑈00040000000⑈

ENDORSE HERE
For Deposit Only
Donigian Properties

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>>211274450<<
TD BANKNORTH
HAVERHILL MA 01835
20071102

11/05/07