**EXHIBIT F**



# Pentucket Bank

www.pentucketbank.com
BankLine 1-866-748-9916

JACOB A DONIGIAN
JANICE A DONIGIAN
134 CHESTER ROAD
FREMONT        NH 03044-0000



PAGE 1
STATEMENT PERIOD
FROM         09/17/07
THRU         10/15/07
ENCLOSURES        0

**DEPOSITION EXHIBIT**
J. DONIGIAN  10
MG  3-8-11

***** IF YOU ARE OVER AGE 62 OR UNDER AGE 23 *****
**** WE OFFER FREE CHECKING AND FREE SERVICES ****
**** FREE BASIC CHECKS, FREE MONEY ORDER & TREASURER CHECKS ****
*** FREE WIRE TRANSFERS AND STOP PAYMENTS ***

----- EMERALD MONEY MARKET ACCOUNT -----

| | | | |
|---|---|---|---|
| Account Number DD | | Beginning Balance | $ 100,000.00 |
| Interest Rate | 3.250% | Deposits/Credits | $ |
| Average Balance | $ | Interest Paid | $ |
| Average Collected Balance | $ | Checks/Debits | $ 0.00- |
| Minimum Balance | $ | Service Charges | $ 0.00- |
| YTD Interest | $ | Ending Balance | $ |
| YTD Withholding | $ 0.00 | # Deposits/Credits | 2 |
| | | # Checks/Debits | 0 |

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 09/17 | BEGINNING BALANCE | | | $ |
| 09/17 | DEPOSIT-CHECK | 100,000.00 | | |
| 10/15 | CREDIT-INTEREST | | | |
| 10/15 | ENDING BALANCE | | | $ |

ANNUAL PERCENTAGE YIELD EARNED (APY-E)     3.30%
INTEREST EARNED THIS STATEMENT PERIOD

### Interest Rate History

| Date | Rate | Date | Rate | Date | Rate |
|---|---|---|---|---|---|
| 09/17 | 3.25% | | | | |

------------ FEE SUMMARY ------------

| Cycle To Date | | Year To Date | |
|---|---|---|---|
| NSF RETURN FEES | 0.00 | NSF RETURN FEES | 0.00 |
| NSF PAID FEES | 0.00 | NSF PAID FEES | 0.00 |
| UCF RETURN FEES | 0.00 | UCF RETURN FEES | 0.00 |
| UCF PAID FEES | 0.00 | UCF PAID FEES | 0.00 |

JACOB D0000000002