# EXHIBIT G

DEPOSITION EXHIBIT
J. DONIGIAN
MG 3-8-11

JAKE DONIGIAN DBA
DONIGIAN PROPERTIES
134 CHESTER RD
FREMONT, NH 03044

T

Page: 1 of 3
Statement Period: Sep 01 2007-Nov 30 2007
Cust Ref #:
Primary Account #: ███

TD BANKNORTH WILL CONDUCT ONGOING TELEPHONE SURVEYS SOLICITING CANDID CUSTOMER FEEDBACK REGARDING YOUR RECENT EXPERIENCES WITH OUR BRANCHES, CALL CENTER AND ONLINE. THIS REQUEST FOR YOUR FEEDBACK SUPPORTS OUR COMMITMENT TO MAKE YOUR BANKING FASTER, EASIER & HASSLE-FREE. WE WILL NOT ASK YOU FOR ANY CONFIDENTIAL INFORMATION DURING THE BRIEF SURVEY. WE THANK YOU FOR YOUR PARTICIPATION IN THIS IMPORTANT RESEARCH.

## Commercial High Rate Money Market

JAKE DONIGIAN DBA
DONIGIAN PROPERTIES

Account # ███

| | | |
|---|---|---|
| Beginning Balance | | Interest Paid this Period |
| Deposits | | Interest Paid Year-to-Date |
| Other Credits | 40,000.00 | Annual Percentage Yield Earned 2.93% |
| Electronic Payments | | Days in Period 91 |
| Other Withdrawals | | |
| Ending Balance | | |

### Deposits

| | | | |
|---|---|---|---|
| 11/2 | DEPOSIT | *Lot #12 Woodridge Est* | 40,000.00 |
| | | Subtotal: | 40,000.00 |

### Other Credits

| | |
|---|---|
| 9/15 | INTEREST PAID |
| 10/15 | INTEREST PAID |
| 11/15 | INTEREST PAID |

Subtotal: ███

### Electronic Payments

| | |
|---|---|
| 9/18 | CCD WITHDRAWAL |
| 10/25 | CCD WITHDRAWAL |
| 11/15 | CCD WITHDRAWAL |

Subtotal: ███

ACOB DO0000000044