# EXHIBIT H

Doc # 0809409   Jul 30, 2008  7:51 AM
Book 2510 Page 0112    Page 1 of 2
Comm. Reg. of Deeds, Belknap County



C/H
L-CHIP
BEA00071

*Barbara R. Luther*



DEPOSITION EXHIBIT
C. DONIGIAN ;4
MC  3-8-11



STATE OF NEW HAMPSHIRE
DEPARTMENT OF REVENUE ADMINISTRATION — REAL ESTATE TRANSFER TAX
***** Thousand  6 Hundred  00 Dollars
DATE 07/30/2008   BE814723 $ *****600.00
VOID IF ALTERED

## WARRANTY DEED

**KNOW EVERYONE BY THESE PRESENTS**, that I, Christopher C. Donigian, of 200 Chester Road, Town of Fremont, County of Rockingham, State of New Hampshire FOR CONSIDERATION PAID, GRANT TO Jacob A. Donigian, with a principal place of business, at 134 Chester Road, Fremont, County of Rockingham State of New Hampshire, with WARRANTY COVENANTS the following described premises:

A certain tract or parcel of land with any buildings thereon, known as Lot 16, Situated at Wes Lock Road in the Town of Barnstead, County of Belknap, State of New Hampshire, as described on "Subdivision of Land Map 2, Lot 69, Beauty Hill Road, Town of Barnstead, County of Belknap, and State of New Hampshire prepared for: "Jake Donigian" as recorded in the Belknap County Registry of Deeds as Plan L43-027 more particularly bounded and described as follows:
(See sheets 7 and 8 on said Plan):

Beginning at the Northerly portion of said Lot on Wes Lock Road at the intersection of land now or formerly of Norman N. and Mary Ellen Tuttle as depicted on said Plan, and beginning at an iron pipe or rod at the end of a stone wall, thence turning and running along said Wes Lock Road, South 35° 15' 35" West, a distance of 24.51 feet, to an iron pipe or rod to be set, thence running still along said Wes Lock Road, South 21° 38' 15" West, a distance of 51.69 feet to an iron pipe or rod to be set, thence continuing along said Wes Lock Road, South 22° 22' 15" West, a distance of 77.60 feet, to an iron pipe or rod to be set, including 46.69 feet, as measured from a bound to be set as depicted on said Plan, and continuing until the boundary of Lots 15 and 16 to an iron pipe or rod to be set. Thence turning and running along the intersection of Lots 15 and 16, North 45° 44' 58" West, a distance of 738.16 feet, to an iron pipe or rod to be set at Lot 7 as depicted on said Plan, thence turning and running along Lot 7, North 33° 30' 31" East, a distance of 75.44 feet, to an iron pipe or rod to be set, at land now or formerly of Joseph K. Boulton, thence turning and running along said Boulton land South 54° 33' 05" East, a distance of 53.08 feet to an iron pipe or rod to be set, thence continuing along said Boulton land, South 53° 49' 05" East, a distance of 78.93 feet, to an iron pipe or rod to be set, thence continuing still along said Boulton land, South 57° 35' 45" East, a distance of 49.82 feet to an iron pipe or rod to be set, thence continuing along said Boulton land in part along a stone wall South 57° 06' 20" East, a distance of 67.54 feet to an iron pipe or rod to be set, at the end of the stone wall, thence continuing along Boulton land South 57° 52' 15"



DEPOSITION EXHIBIT
C. DONIGIAN  11
MC  3-15-11

East, a distance of 92.89 feet, to land now or formerly of Norman N. and Mary Ellen Tuttle, thence continuing along said Tuttle land, South 54° 00' 55" East, in part along a stone wall, a distance of 198.53 feet to an iron pipe or rod to be set, thence continuing along said Tuttle land, South 58° 05' 25" East, a distance of 59.79 feet, to a spike still along said Tuttle land, thence running South 51° 44' 50" East, a distance of 91.43 feet to the point of beginning.

Meaning and intending to convey approximately 96,344 square feet, more or less, or 2.21 acres more or less.

The foregoing conveyance is subject to all covenants, easements and restrictions of record for which grantees, their heirs, executors and assigns shall be bound, and is subject to all easements and restrictions of record.

The foregoing is not homestead property of the Grantor.

Meaning and intending to convey a portion of the land conveyed to Jacob A. Donigian at Book 1556, Page 312.

SIGNED this 15th day of May 2006

_____    _____
Witness                                                          Christopher C. Donigian

STATE OF New Hampshire
COUNTY OF Rockingham

Personally appeared Christopher C. Donigian, known to me, or satisfactorily proven, to be the persons whose names are subscribed to the foregoing and acknowledged that they executed the same for the purposes therein contained.

Carl K. Rich
Justice of the Peace
Rockingham County
My Commission expires 8/18/08