UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: ) ) CHRISTOPHER C. DONIGIAN d/b/a ) Emcon Builders and ) SANDRA C. DONIGIAN ) Debtors ) ) ) ) ) ) LAWRENCE P. SUMSKI ) ) Chapter 13 Trustee, ) ) v. ) ) JACOB DONIGIAN and ) DONIGIAN PROPERTIES, LLC, ) ) Defendants ) ) | Chapter 13 Case No. 08-12455-JMD Adv. Proc. No. 10-1098-LHK |

## **DEFENDANTS' EXPERT TESTIMONY DISCLOSURES**

Defendants Jacob Donigian and Donigian Properties, LLC, by their attorney Keri J. Marshall, Esq., hereby submit pursuant to FRPC 26(a)(2), LBR 7026-1(b), and this Court's Pretrial Scheduling Order, their expert testimony disclosures based on the information reasonably available to them at this time. Defendants reserve the right to supplement these disclosures as set forth herein and as new information is made available to them.

1.  Scott W. LaPointe, Esq.
    Brown & LaPointe, P.A.
    128 Main Street
    Epping, NH 03042

The above-identified individual will testify regarding real estate practices in view of defendant's various real estate dealings.

|  |  |
|---|---|
| | Respectfully Submitted<br>Jacob Donigian and<br>Donigian Properties, LLC,<br>By their attorney, |
| Date:   September 9, 2011 | |
| | /s/ Keri J. Marshall<br>Keri J. Marshall, Esq.<br>BNH 03171<br>Marshall Law, PLLC<br>47 Depot Road<br>East Kingston, NH 03827<br>603-642-5311 |