UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

CHRISTOPHER C. DONIGIAN d/b/a
Emcon Builders and
SANDRA C. DONIGIAN
    Debtors

Chapter 13
Case No. 08-12455-JMD

LAWRENCE P. SUMSKI

    Chapter 13 Trustee,

v.

JACOB DONIGIAN and
DONIGIAN PROPERTIES, LLC,

    Defendants

Adv. Proc. No. 10-1098-LHK

**ORDER ON ASSENTED TO MOTION TO EXTEND TIME PERIODS
FOR F.R.C.P. RULE 26(a)(3) AND F.R.E. RULE 803(6) DISCLOSURES**

1. The Assented to Motion to Extend Time Periods for FRCP Rule 26(a)(3) and FRE Rule 803(6) Disclosures is granted.

2. The Rule 26(a)(3) and FRE Rule 803(6) disclosures shall be completed by November 10, 2011.

Dated: October 26, 2011

/s/ Louis H. Kornreich
Louis H. Kornreich
Bankruptcy Judge
sitting by designation